UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**DANIEL F. ISAACS**  Case No. 6:11-cv-6297-MO

    Plaintiff,

vs.

ORDER FOR EAJA FEES

**COMMISSIONER of Social Security**,

    Defendant.

    Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of **$4942.34** shall be awarded to Plaintiff, unless there is an allowable offset under the Department of the Treasury's Offset Program. See *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). There are no costs or expenses.

    If Plaintiff owes federal debt subject to offset under the Department of the Treasury's Offset Program, the EAJA award shall be made payable to him, and mailed to him at his attorney's address, as follows:

Daniel Isaacs

In care of **Drew L. Johnson, P.C.**

**Attorney at Law**

**1700 Valley River Dr.**

**Eugene, OR 97401**

      If it is determined that Plaintiff's EAJA fees are <u>not</u> subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Drew Johnson, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. If no federal debt is owed, the check for EAJA fees should be mailed directly to Plaintiff's attorney as follows:

**Drew L. Johnson, P.C.**
**Attorney at Law**
**1700 Valley River Dr.**
**Eugene, OR 97401**

DATED this __12th__ day of June, 2013.

                                                /s/ Michael W. Mosman
                                                HON. MICHAEL W. MOSMAN
                                                UNITED STATES DISTRICT JUDGE

Presented by:
/s/__Linda Ziskin_____
**LINDA ZISKIN,** OSB # 011067
(503) 889-0472
 Of Attorneys for Plaintiff