Linda Ziskin
linda@ziskinlawoffice.com
PO Box 753833
Las Vegas, NV 89136
(503) 889-0472

Drew L. Johnson, P.C.
rwood@callatg.com
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DANIEL F. ISAACS,**<br><br>             Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security Administration,<br><br>             Defendant. | Civil No. 6:11-CV-06297-MO<br><br>**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $9,558.78 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). The net requested herein,

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -    1

less the EAJA fee awarded of $4,942.34, is $4,616.44, and Defendant shall pay this amount to Plaintiff's counsel, less an administrative assessment pursuant to 42 U.S.C. 406(d). There are no other costs.

IT IS SO ORDERED this day of ~~December~~ Jan 20, 2013

_____
U.S. District Judge

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
      Drew L. Johnson, OSB #75200
      Of Attorneys for Plaintiff

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -    2